UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>CORIZON, INC. and IDOC DIRECTOR JOSH TEWALT,<br><br>        Defendants. | Case No. 1:22-cv-00051-DCN<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice. Additionally, this case is ordered closed.

DATED: June 30, 2022

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1